UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

v.

MICHAEL MERCEDES MARTE,

Defendant.
------------------------------------------------------------X

ORDER

26-cr-307-4 (PMH)

The Court has received a recommendation pursuant to 18 U.S.C. § 3005 from Jennifer L. Brown, Attorney-in-Charge for the Federal Defenders of New York, in consultation with Cesar de Castro, Michael Mercedes Marte's lead counsel, to appoint Natali Todd as learned capital counsel for Mr. Marte in this case.

Full consideration having been given to Ms. Brown's recommendation, it is hereby:

ORDERED that Natali Todd is appointed as learned counsel for Mr. Marte in this case.

Dated: White Plains, New York
July 27, 2026

Philip M. Halpern
United States District Judge